US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

OCT 0 5 2016

DOUGLAS F. YOUNG, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. <u>2:16CR20029-001</u> |
| v. | ) |
| | ) 18 U.S.C. § 2423(a) |
| | ) |
| CLARENCE C. GARRETSON | ) |

### REDACTED SUPERSEDING INDICTMENT

The Grand Jury Charges:

### COUNT ONE

In or about July 2014, in the Western District of Arkansas, Fort Smith Division and elsewhere, the Defendant, **CLARENCE C. GARRETSON**, knowingly transported Minor #1, an individual who had not attained the age of 18 years, in interstate commerce with intent that Minor #1 engage in any sexual activity for which any person can be charged with a criminal offense; namely, Arkansas Code Annotated 5-14-103(a)(3)(A), Rape, a class Y felony; all in violation of Title 18 U.S.C. § 2423(a).

### COUNT TWO

Between in or about May 2001 and on or about August 12, 2001 in the Western District of Arkansas, Fort Smith Division and elsewhere, the Defendant, **CLARENCE C. GARRETSON**, knowingly transported Minor #2, an individual who had not attained the age of 18 years, in interstate commerce with intent that Minor #2 engage in any sexual activity for which any person can be charged with a criminal offense; namely, Arkansas Code Annotated 5-14-120, Violation of

1

a Minor in the First Degree, a class C felony; all in violation of Title 18 U.S.C. § 2423(a).

### COUNT THREE

Between in or about August 13, 2001 and on or about December 31, 2001, in the Western District of Arkansas, Fort Smith Division and elsewhere, the Defendant, **CLARENCE C. GARRETSON,** knowingly transported Minor #2, an individual who had not attained the age of 18 years, in interstate commerce with intent that Minor #2 engage in any sexual activity for which any person can be charged with a criminal offense; namely, Arkansas Code Annotated 5-14-124, namely, a Sexual Assault in the First Degree, a class A felony; all in violation of Title 18 U.S.C. § 2423(a).

### COUNT FOUR

Between in or about May 2001 and in or about September 2001, in the Western District of Arkansas, Fort Smith Division and elsewhere, the Defendant, **CLARENCE C. GARRETSON,** knowingly transported Minor #3, an individual who had not attained the age of 18, in interstate commerce with intent that Minor #3 engage in any sexual activity for which any person can be charged with a criminal offense; namely, Arkansas Code Annotated 5-14-103, Rape, a class Y felony; all in violation of Title 18 U.S.C. § 2423(a).

### COUNT FIVE

Between in or about May 2002 and in or about September 2002, in the Western District of Arkansas, Fort Smith Division and elsewhere, the Defendant, **CLARENCE C. GARRETSON,** knowingly transported Minor #3, an individual who had not attained the age of 18 years, in

interstate commerce with intent that Minor #3 engage in any sexual activity for which any person can be charged with a criminal offense; namely, Arkansas Code Annotated 5-14-103, Rape, a class Y felony; all in violation of Title 18 U.S.C. § 2423(a).

### COUNT SIX

Between in or about May 2003 and in or about September 2003, in the Western District of Arkansas, Fort Smith Division and elsewhere, the Defendant, **CLARENCE C. GARRETSON**, knowingly transported Minor #3, an individual who had not attained the age of 18 years, in interstate commerce with intent that Minor #3 engage in any sexual activity for which any person can be charged with a criminal offense; namely, Arkansas Code Annotated 5-14-103, Rape, a class Y felony; all in violation of Title 18 U.S.C. § 2423(a).

### COUNT SEVEN

Between on or after June 5, 2000 and in or about September 2000, in the Western District of Arkansas, Fort Smith Division and elsewhere, the Defendant, **CLARENCE C. GARRETSON**, knowingly transported Minor #4, an individual who had not attained the age of 18 years, in interstate commerce with intent that Minor #4 engage in any sexual activity for which any person can be charged with a criminal offense; namely, Arkansas Code Annotated 5-14-120, Violation of a Minor in the First Degree, a class C felony; all in violation of Title 18 U.S.C. § 2423(a).

### COUNT EIGHT

Between in or about May 2000 and in or about September 2000, in the Western District of Arkansas, Fort Smith Division and elsewhere, the Defendant, **CLARENCE C. GARRETSON**,

knowingly transported Minor #5, an individual who had not attained the age of 18 years, in interstate commerce with intent that Minor #5 engage in any sexual activity for which any person can be charged with a criminal offense; namely, Arkansas Code Annotated 5-14-103, Rape, a class Y felony; all in violation of Title 18 U.S.C. § 2423(a).

### COUNT NINE

Between in or about January 2000 and on or about December 31, 2000, in the Western District of Arkansas, Fort Smith Division and elsewhere, the Defendant, **CLARENCE C. GARRETSON**, knowingly transported Minor #6, an individual who had not attained the age of 18 years, in interstate commerce with intent that Minor #6 engage in any sexual activity for which any person can be charged with a criminal offense; namely, Arkansas Code Annotated 5-14-120, Violation of a Minor in the First Degree, a class C felony; all in violation of Title 18 U.S.C. § 2423(a).

### COUNT TEN

Between in or about January 2000 through and including in or about December 31, 2000, in the Western District of Arkansas, Fort Smith Division and elsewhere, the Defendant, **CLARENCE C. GARRETSON,** knowingly transported Minor #7, an individual who had not attained the age of 18 years, in interstate commerce with intent that Minor #7 engage in any sexual activity for which any person can be charged with a criminal offense; namely, Arkansas Code Annotated 5-14-103, Rape, a class Y felony; all in violation of Title 18 U.S.C. § 2423(a).

## COUNT ELEVEN

Between in or about January 2002 through and including in or about September 2002, in the Western District of Arkansas, Fort Smith Division and elsewhere, the Defendant, **CLARENCE C. GARRETSON,** knowingly transported Minor #8, an individual who had not attained the age of 18 years, in interstate commerce with intent that Minor #8 engage in any sexual activity for which any person can be charged with a criminal offense; namely, Arkansas Code Annotated 5-14-103, Rape, a class Y felony; all in violation of Title 18 U.S.C. § 2423(a).

A True Bill.

/s/ *Grand Jury Foreperson*
Grand Jury Foreperson

KENNETH ELSER
UNITED STATES ATTORNEY

By: *Kyra Jenner*
Kyra E. Jenner
Assistant U.S. Attorney
Arkansas Bar No. 2000041
414 Parker Avenue
Fort Smith, Arkansas 72901
(479) 783-5125
E-mail: Kyra.Jenner@usdoj.gov