Data table for Figure 18 (page 1 of 2). Life Expectancy at birth, by sex, race and Hispanic origin: United States, 1980–2014

Excel and PowerPoint: http://www.cdc.gov/nchs/hus/contents2015.htm#fig18

| Year | All races | | | White | | | Black or African American | | |
|---|---|---|---|---|---|---|---|---|---|
| | Both sexes | Male | Female | Both sexes | Male | Female | Both sexes | Male | Female |
| | Life expectancy (years) | | | | | | | | |
| 1980 | 73.7 | 70.0 | 77.4 | 74.4 | 70.7 | 78.1 | 68.1 | 63.8 | 72.5 |
| 1981 | 74.1 | 70.4 | 77.8 | 74.8 | 71.1 | 78.4 | 68.9 | 64.5 | 73.2 |
| 1982 | 74.5 | 70.8 | 78.1 | 75.1 | 71.5 | 78.7 | 69.4 | 65.1 | 73.6 |
| 1983 | 74.6 | 71.0 | 78.1 | 75.2 | 71.6 | 78.7 | 69.4 | 65.2 | 73.5 |
| 1984 | 74.7 | 71.1 | 78.2 | 75.3 | 71.8 | 78.7 | 69.5 | 65.3 | 73.6 |
| 1985 | 74.7 | 71.1 | 78.2 | 75.3 | 71.8 | 78.7 | 69.3 | 65.0 | 73.4 |
| 1986 | 74.7 | 71.2 | 78.2 | 75.4 | 71.9 | 78.8 | 69.1 | 64.8 | 73.4 |
| 1987 | 74.9 | 71.4 | 78.3 | 75.6 | 72.1 | 78.9 | 69.1 | 64.7 | 73.4 |
| 1988 | 74.9 | 71.4 | 78.3 | 75.6 | 72.2 | 78.9 | 68.9 | 64.4 | 73.2 |
| 1989 | 75.1 | 71.7 | 78.5 | 75.9 | 72.5 | 79.2 | 68.8 | 64.3 | 73.3 |
| 1990 | 75.4 | 71.8 | 78.8 | 76.1 | 72.7 | 79.4 | 69.1 | 64.5 | 73.6 |
| 1991 | 75.5 | 72.0 | 78.9 | 76.3 | 72.9 | 79.6 | 69.3 | 64.6 | 73.8 |
| 1992 | 75.8 | 72.3 | 79.1 | 76.5 | 73.2 | 79.8 | 69.6 | 65.0 | 73.9 |
| 1993 | 75.5 | 72.2 | 78.8 | 76.3 | 73.1 | 79.5 | 69.2 | 64.6 | 73.7 |
| 1994 | 75.7 | 72.4 | 79.0 | 76.5 | 73.3 | 79.6 | 69.5 | 64.9 | 73.9 |
| 1995 | 75.8 | 72.5 | 78.9 | 76.5 | 73.4 | 79.6 | 69.6 | 65.2 | 73.9 |
| 1996 | 76.1 | 73.1 | 79.1 | 76.8 | 73.9 | 79.7 | 70.2 | 66.1 | 74.2 |
| 1997 | 76.5 | 73.6 | 79.4 | 77.1 | 74.3 | 79.9 | 71.1 | 67.2 | 74.7 |
| 1998 | 76.7 | 73.8 | 79.5 | 77.3 | 74.5 | 80.0 | 71.3 | 67.6 | 74.8 |
| 1999 | 76.7 | 73.9 | 79.4 | 77.3 | 74.6 | 79.9 | 71.4 | 67.8 | 74.7 |
| 2000 | 76.8 | 74.1 | 79.3 | 77.3 | 74.7 | 79.9 | 71.8 | 68.2 | 75.1 |
| 2001 | 77.0 | 74.3 | 79.5 | 77.5 | 74.9 | 80.0 | 72.0 | 68.5 | 75.3 |
| 2002 | 77.0 | 74.4 | 79.6 | 77.5 | 74.9 | 80.1 | 72.2 | 68.7 | 75.4 |
| 2003 | 77.2 | 74.5 | 79.7 | 77.7 | 75.1 | 80.2 | 72.4 | 68.9 | 75.7 |
| 2004 | 77.6 | 75.0 | 80.1 | 78.1 | 75.5 | 80.5 | 72.9 | 69.4 | 76.1 |
| 2005 | 77.6 | 75.0 | 80.1 | 78.0 | 75.5 | 80.5 | 73.0 | 69.5 | 76.2 |
| 2006 | 77.8 | 75.2 | 80.3 | 78.3 | 75.8 | 80.7 | 73.4 | 69.9 | 76.7 |
| 2007 | 78.1 | 75.5 | 80.6 | 78.5 | 76.0 | 80.9 | 73.8 | 70.3 | 77.0 |
| 2008 | 78.2 | 75.6 | 80.6 | 78.5 | 76.1 | 80.9 | 74.3 | 70.9 | 77.3 |
| 2009 | 78.5 | 76.0 | 80.9 | 78.8 | 76.4 | 81.2 | 74.7 | 71.4 | 77.7 |
| 2010 | 78.7 | 76.2 | 81.0 | 78.9 | 76.5 | 81.3 | 75.1 | 71.8 | 78.0 |
| 2011 | 78.7 | 76.3 | 81.1 | 79.0 | 76.6 | 81.3 | 75.3 | 72.2 | 78.2 |
| 2012 | 78.8 | 76.4 | 81.2 | 79.1 | 76.7 | 81.4 | 75.5 | 72.3 | 78.4 |
| 2013 | 78.8 | 76.4 | 81.2 | 79.1 | 76.7 | 81.4 | 75.5 | 72.3 | 78.4 |
| 2014 | 78.8 | 76.4 | 81.2 | 79.0 | 76.7 | 81.4 | 75.6 | 72.5 | 78.4 |

See footnotes at end of table.