**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH**

**UNITED STATES OF AMERICA**                                                          **PLAINTIFF**

    **v.**                        **Case No. 2:16CR20029-001**

**CLARENCE C. GARRETSON**                                                          **DEFENDANT**

<u>**NOTICE OF APPEAL**</u>

      Notice is hereby given that Clarence C. Garretson appeals to the United States Court of appeals for the Eighth Circuit from the Judgment and Commitment entered in this action on June 1, 2017.

Offenses:  Transport a minor in interstate commerce with intent to engage in sexual activity with which a person can be charged with a criminal offense in violation of Title 18 U.S. C. §2423(a)

Date of Sentence Announced:  May 31, 2017

Sentence:    Life Imprisonment

Appealing:    Sentence

Trial Counsel:  Retained at trial, Appointed on Appeal

Affidavit of Financial Status (CJA23) filed on June 12, 2013.

U.S. Assistant Attorney:    Kyra Jenner

                           Respectfully  submitted.

                           ***/s/ J. Marvin Honeycutt***
                           J. Marvin Honeycutt
                           AB#89032
                           Attorney for Clarence Garretson
                           5000 Rogers Ave, Ste 634
                           Fort Smith, Arkansas 72903
                           Telephone: 479.783.0033
                           E-mail: marvin@honeycuttlawoffices.co

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of June 2017 electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:  Ms. Kyra Jenner, Assistant U.S. Attorney, P.O. Box 1524, Fort Smith, Arkansas 72902.

I hereby certify that on the 13th day of June 2017 I mailed by first class mail with sufficient postage the foregoing to:

Clarence C. Garretson
Sebastian County Detention Center
801 S. A Street
Ft. Smith, AR 72901


*/s/ J. Marvin Honeycutt*
J. Marvin Honeycutt

2