UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                              No. 2:16-CR-020029

CLARENCE C. GARRETSON                                      DEFENDANT

## ORDER

The Court has received a report and recommendation (Doc. 78) from United States Magistrate James R. Marschewski. Defendant has filed objections. The Magistrate recommends that the Court deny Defendant's motion (Doc. 71) to vacate his sentence under 28 U.S.C. § 2255. The Court has conducted de novo review of the report and recommendation pursuant to Defendant's objections. 28 U.S.C. § 636(b)(1). Defendant's objections offer neither law nor fact requiring departure from the Magistrate's findings. The report and recommendation is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendant's motion (Doc. 71) to vacate his sentence is DENIED. All other pending motions are denied as MOOT.

IT IS SO ORDERED this 22nd day of July, 2019.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE